BERGEN COUNTY BOARD OF CHOSEN FREEHOLDERS, APPELLANT, v. BERGEN COUNTY DETECTIVES AND INVESTIGATORS ASSOCIATION AND PUBLIC EMPLOYMENT RELATIONS COMMISSION, RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted November 6, 1972—Decided November 13, 1972.

Before Judges COLLESTER, LEONARD and HALPERN.

*Mr. Edwin C. Eastwood, Jr.,* attorney for appellant.

*Messrs. Calissi, Klinger, Cuccio & Baldino,* attorneys for respondent, Bergen County Detectives and Investigators Association (*Mr. Guy W. Calissi,* on the brief).

*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney for respondent, Public Employment Relations Commission (*Mr. Theodore A. Winard,* Assistant Attorney General, of counsel and on the brief).

PER CURIAM. The certification of respondent Bergen County Detectives and Investigators Association as the exclusive negotiating representative for detectives and investigators employed in the Bergen County Prosecutor's Office is affirmed essentially for the reasons expressed in the decision and direction of election of the Public Employees Relation Commission [Docket RO 88].